

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00075-CV

_____

IN RE ANTONIO VALLE, Relator

_____

Original Proceeding
462nd District Court of Denton County, Texas
Trial Court No. F18-333-367

_____

Before Wallach, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: February 20, 2024